IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN KAYAIAN, | CASE NO. CV F 06-1636 AWI LJO |
| Plaintiff, | **ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |
| vs. | |
| U.S. MARSHALS, | |
| Defendant. | |

**INTRODUCTION**

Plaintiff Sevan Kayaian ("plaintiff") proceeds pro se and in forma pauperis and on November 14, 2006, filed an untitled document which this Court construes as a complaint ("complaint") against the U.S. Marshals. The complaint lacks a caption, is generally unintelligible and states in part:

> The U.S. Marshalls [sic] duties [sic] are called every time I come to the Federal Court House. They escort me to and from where I need to be. . . .
>
> I demand that they provide me a vehicle, fuel card, cell phone and copies of all records they have on me.

The magistrate judge issued November 17, 2006 findings and recommendations to dismiss this action without prejudice on grounds that: (1) the complaint fails to establish this Court's subject matter jurisdiction; (2) the complaint fails to state a claim upon which relief may be granted; and (3) a further attempt at amendment is unwarranted based on the complaint's unintelligible statements and apparent

attempts to vex. Plaintiff filed no timely objections to the findings and recommendations.

**CONCLUSION AND ORDER**

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. After evaluating the record, this Court finds the magistrate judge's November 17, 2006 findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's November 17, 2006 findings and recommendations;
2. DISMISSES this action without prejudice on grounds that: (1) the complaint fails to establish this Court's subject matter jurisdiction; (2) the complaint fails to state a claim upon which relief may be granted; and (3) a further attempt at amendment is unwarranted based on the complaint's unintelligible statements and apparent attempts to vex; and
3. DIRECTS this Court's clerk to close this action.

IT IS SO ORDERED.

**Dated:   December 22, 2006**              /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE